# UNITED STATES DISTRICT COURT

DISTRICT OF

**APPEARANCE**

Case Number:

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

I certify that I am admitted to practice in this court.

|  |  |
|---|---|
|  | /s/  Gregory T. Murphy |
| Date | Signature |
|  | Print Name                                          Bar Number |
|  | Address |
|  | City                        State                   Zip Code |
|  | Phone Number                                        Fax Number |

1  **GREGORY T. MURPHY**
   California State Bar No. 245505
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, CA 92101-5008
   (619) 234-8467/Fax: (619) 687-2666
4  E-Mail: gregory_murphy@fd.org

5  Attorneys for Jessica Michelle Alfaro

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE PETER C. LEWIS)**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 08MJ8570 |
| Plaintiff, ) | |
| v. ) | **CERTIFICATE OF SERVICE** |
| JESSICA MICHELLE ALFARO, ) | |
| Defendant. ) | |

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his information and belief, and that a copy of the foregoing document has been served this day upon:

U.S. Attorney CR
Efile.dkt.gc2@usdoj.gov

Respectfully submitted,

DATED:     June 26, 2008                /s/ Gregory T. Murphy
                                        **GREGORY T. MURPHY**
                                        Federal Defenders of San Diego, Inc.
                                        Attorneys for Jessica Michelle Alfaro